**Order filed December 17, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00290-CV
_____

### TU NGUYEN AND CHAU HO-HUYNH, Appellants

### V.

### BANK OF AMERICA, N.A., Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-1137**

## O R D E R

The clerk's record was filed August 3, 2015. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain "all pleadings on which the trial was held," as required by Tex. R. App. P. 34.5(a)(1).

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before **January 18, 2016**, containing all pleadings on which

the trial was held, including but not limited to the plaintiff's live petition and the defendant's live answer.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM